IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01959-ZLW-KLM

AUDRA M. HAMES, an individual,

    Plaintiff,

v.

COLORADO COACH AUTO BODY INC., a Colorado corporation,

    Defendant.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion To File An Amended Complaint Pursuant To Fed. R. Civ. P. 15(a). Under Rule 15(a), leave to amend shall be freely granted when justice so requires. Defendant does not object to Plaintiff's motion. Accordingly, it is

ORDERED that Plaintiff's Motion To File An Amended Complaint Pursuant To Fed. R. Civ. P. 15(a) (Doc. No. 22) is granted. It is

FURTHER ORDERED that Plaintiff shall file separately her First Amended Complaint And Jury Demand, attached to her motion as Exhibit 1, on or before January 11, 2008.

DATED at Denver, Colorado, this __8__ day of January, 2008.

BY THE COURT:

_(signature)_

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court