IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01959-ZLW-KLM

AUDRA M. HAMES, an individual

    Plaintiff,

v.

COLORADO COACH AUTOBODY, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: January __23__, 2008

    It is ORDERED that the Unopposed Motion To Set Deadlines To Answer Complaint (Doc. No. 28) is granted, and all Defendants shall file a responsive pleading to Plaintiff's First Amended Complaint on or before February 21, 2008.