IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01959-ZLW-KLM

AUDRA M. HAMES, an Individual,

    Plaintiff,

v.

COLORADO COACH AUTO BODY INC., a Colorado corporation,
JAMI URBANSKI, an Individual,
RON BECK, an Individual,
DAVID BECK, an Individual, and
MARK QUIROZ, an Individual,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the Stipulation For Dismissal With Prejudice (Doc. # 34) signed by the attorneys for all parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED at Denver, Colorado, this __2nd__ day of April, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court